appointed counsel to represent Culley, we apply the principles enunciated in *Anders* to determine whether counsel should be permitted to withdraw. *See Dinkins v. Alabama,* 526 F.2d 1268, 1269 (5th Cir. 1976).

The instant appeal is limited to the district court's denial of the motion for modification of sentence. Our independent review of counsel's brief, Culley's responses, and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Aaron Guizar–Najera raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Aaron GUIZAR–NAJERA,**
**Defendant–Appellant.**

**No. 05–10378.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2005.

Denise B. Williams, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaias TARANGO–GAMBOA,**
**Defendant–Appellant.**

**No. 05–10194.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2005.

Denise B. Williams, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defenders, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.